IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-02027-WJM-KLM

BROADCAST MUSIC, INC.,
BOCEPHUS MUSIC, INC.,
SCREEN GEMS-EMI MUSIC, INC.,
DALE MORRIS MUSIC,
SONY/ATV SONGS LLC d/b/a Sony/ATV Tree Publishing,
RONDOR MUSIC INTERNATIONAL, INC. d/b/a Irving Music,
WARNER-TAMERLANE PUBLISHING CORP.,
EMI VIRGIN SONGS, INC. d/b/a EMI Longitude Music,
SONGS OF UNIVERSAL, INC.,
UNIVERSAL MUSIC MGB NA LLC d/b/a Universal Music Careers, and
STEVE O'BRIEN MUSIC,

    Plaintiffs,

v.

CWDT, INC. d/b/a Cowboys/Downtown Lanes,
SAM GUADAGNOLI, and
KATHLEEN GUADAGNOLI,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Joint Motion to Amend Order Setting Scheduling/Planning Conference** [Docket No. 11; Filed November 28, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED** as follows. The Scheduling Conference set for December 5, 2011, is **VACATED** and **RESET** to **January 10, 2012**, at **10:00 a.m.** in Courtroom C-204 of the Byron G. Rogers United States Courthouse.

    IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures.  The parties shall submit the proposed scheduling order no later than **January 5, 2012**.  **The parties are no longer required to submit Confidential Settlement Statements in**

**advance of the conference.**  All other provisions of the Order Setting Scheduling/Planning Conference [Docket No. 4] remain in effect.

      Dated:  November 28, 2011