IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-02027-WJM-KLM

BROADCAST MUSIC, INC.,
BOCEPHUS MUSIC, INC.,
SCREEN GEMS-EMI MUSIC, INC.,
DALE MORRIS MUSIC,
SONY/ATV SONGS LLC d/b/a Sony/ATV Tree Publishing,
RONDOR MUSIC INTERNATIONAL, INC. d/b/a Irving Music,
WARNER-TAMERLANE PUBLISHING CORP.,
EMI VIRGIN SONGS, INC. d/b/a EMI Longitude Music,
SONGS OF UNIVERSAL, INC.,
UNIVERSAL MUSIC MGB NA LLC d/b/a Universal Music Careers, and
STEVE O'BRIEN MUSIC,

    Plaintiffs,

v.

CWDT, INC. d/b/a Cowboys/Downtown Lanes,
SAM GUADAGNOLI, and
KATHLEEN GUADAGNOLI,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Joint Motion to Amend Minute Order** [Docket No. 14; Filed January 5, 2012] (the "Motion").  The parties represent that they have "reached a settlement in principle," and the remaining details of the settlement agreement "can be finalized in less than 30 days."  [#14] at 1, 2.  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED** as follows.  The Scheduling Conference set for January 10, 2012, is **VACATED**.  The parties shall file dismissal papers on or before **February 29, 2012**.

    Dated:  January 6, 2012