**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 11-cv-02027-WJM-KLM

BROADCAST MUSIC, INC.,
BOCEPHUS MUSIC, INC.,
SCREEN GEMS-EMI MUSIC, INC.,
DALE MORRIS MUSIC,
SONY/ATV SONGS LLC d/b/a SONY/ATV TREE PUBLISHING,
RONDOR MUSIC INTERNATIONAL, INC., d/b/a IRVING MUSIC,
WARNER-TAMERLANE PUBLISHING CORP.,
EMI VIRGIN SONGS, INC., d/b/a EMI LONGITUDE MUSIC,
SONGS of UNIVERSAL, INC.,
UNIVERSAL MUSIC MGB NA LLC d/b/a UNIVERSAL MUSIC CAREERS, and
STEVE O'BRIEN MUSIC

      Plaintiffs,

v.

CWDT, INC., d/b/a COWBOYS/DOWNTOWN LANES,
SAM GUADAGNOLI, individually, and
KATHLEEN GUADAGNOLI, individually

      Defendants.

---

**ORDER GRANTING JOINT MOTION TO ADMINISTRATIVELY CLOSE CASE**

---

This matter comes before the Court on the Parties' Joint Motion to Administratively Close the Case, filed on February 29, 2012 (ECF No. 17). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Joint Motion is GRANTED. Pursuant to D.C.COLO.LCivR 41.2 the Court hereby ORDERS that the above-captioned case be ADMINISTRATIVELY CLOSED. Plaintiff may, however, seek to reopen this case for good cause shown. The Parties agree that in the event that the Defendants breach their payment obligations to

the Plaintiffs under the terms of the Parties' Settlement Agreement, such event would constitute good cause to reopen this case under D.C.COLO.LCivR 41.2.

Dated this 29th day of February, 2012.

BY THE COURT:

_____
William J. Martínez
United States District Judge